JOHN J. RUEDA (SBN: 87669)
LAW OFFICE OF JOHN J. RUEDA
2627 CAPITOL AVENUE, NO. 5
SACRAMENTO, CALIFORNIA 95816
Telephone: (916) 451- 4059
Facsimile: (916) 244- 0272

Attorney for Plaintiff
MONTY R. STANLEY, individually
and dba North West Surfacing

**FILED**
OCT 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| MONTY R. STANLEY, individually and doing business as NORTH WEST SURFACING,<br><br>           Plaintiff,<br><br>vs.<br><br>BOBO CONSTRUCTION, INC., a California corporation; and DOES 1-50, inclusive,<br><br>           Defendants. | Case No: 2:14-cv-00035-JAM-EFB<br><br>**STIPULATION TO ALLOW FILING OF THIRD AMENDED COMPLAINT; ORDER THEREON** |

   **IT IS HEREBY STIPULATED** by and between the remaining parties to this action, Plaintiff Monty R. Stanley, individually and dba North West Surfacing, and Defendant Bobo Construction, Inc., through their respective attorneys of record, (Defendant City of Elk Grove having been dismissed from this action by reason of the Court's Order, dated July 30, 2014, granting City of Elk Grove's motion to dismiss Plaintiff's Second Amended Complaint) that Plaintiff may file a Third Amended Complaint, a copy of which is attached hereto.

   **IT IS FURTHER STIPULATED** that Defendant Bobo Construction, Inc., waives notice and service of the Third Amended Complaint, and that said Defendant shall not be required to serve

Law Office Of
JOHN J. RUEDA
2627 Capitol Ave, No. 5
Sacramento, CA 95816
Tele (916) 451- 4059
Fax (916) 244- 0272

1

STIPULATION TO ALLOW FILING OF THIRD AMENDED COMPLAINT; ORDER THEREON

further answer or responsive pleadings to the Third Amended Complaint, and that all denials, responses, and affirmative defenses contained in the Answer filed by Defendant to the Second Amended Complaint shall be responsive to the Third Amended Complaint.

Dated: October 16, 2014  **LAW OFFICE OF JOHN J. RUEDA**

/s/ John J. Rueda
John J. Rueda
Attorney for Plaintiff Monty R. Stanley, individually, and dba North West Surfacing

**MURPHY AUSTIN ADAMS SCHOENFELD LLP**

By: /s/ Kenneth I. Schumaker (as authorized on 10/09/16)
Kenneth I. Schumaker
Attorneys for Defendant Bobo Construction, Inc.

**ORDER**

IT IS SO ORDERED.

Dated: October 20, 2014

JOHN A. MENDEZ
United States District Court Judge

Law Office Of
JOHN J. RUEDA
2627 Capitol Ave, No. 5
Sacramento, CA 95816
Tele (916) 451-4059
Fax (916) 244-0272

2
STIPULATION TO ALLOW FILING OF THIRD AMENDED COMPLAINT; ORDER THEREON