KENNETH I. SCHUMAKER, SBN 178551
SEAN C. ADAMS, SBN 280372
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California  95814
Telephone:    (916) 446-2300
Facsimile:     (916) 503-4000
Email:          kschumaker@murphyaustin.com
Email:          sadams@murphyaustin.com

Attorneys for Defendant and Counter-Claimant
BOBO CONSTRUCTION, INC. and Defendants
FARMINGTON CASUALTY COMPANY and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MONTY R. STANLEY, individually and doing business as NORTH WEST SURFACING,<br><br>           Plaintiff,<br><br>     v.<br><br>BOBO CONSTRUCTION, INC., a California corporation; FARMINGTON CASUALTY COMPANY, a Connecticut corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al.,<br><br>           Defendants. | Case No.  2:14-cv-00035-JAM-EFB<br><br>**STIPULATION RE DISCOVERY; ORDER THEREON** |

This stipulation and order ("Stipulation") is entered into by and among Plaintiff/Counter-Defendant MONTY R. STANLEY, individually and doing business as NORTH WEST SURFACING, Defendant/Counter-Claimant BOBO CONSTRUCTION, INC., and Defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and FARMINGTON CASUALTY COMPANY (collective the "Parties" and individually a "Party"), by and through their counsel of record, with the intent that this Stipulation be binding on the Parties and an Order be entered by the Court.

- 1 -                                                             603.022-1991726.1

STIPULATION RE DISCOVERY

**IT IS HEREBY STIPULATED** by and among all the Parties to this action that the discovery cut-off, as set forth in the Court's April 7, 2014 Status (Pre-Trial Scheduling) Order, be continued/extended from December 4, 2015 to February 1, 2016.

**IT IS FURTHER STIPULATED** that the limitation of 25 written interrogatories that may be served by each Party on another Party pursuant to FRCP 33(a) be augmented to allow each Party to serve 50 written interrogatories on each Party.

**IT IS FURTHER STIPULATED** that the above stipulations are proper and necessary based on the facts of this matter to allow the Parties to complete written discovery and depositions of party/percipient/expert witnesses, and that the other dates set forth in the Court's April 7, 2014 Status (Pre-Trial Scheduling) Order will not be affected or changed by this Stipulation other than the Joint Mid-Litigation Statement (which shall be filed no later than fourteen (14) days prior to the requested extended discovery cut-off date of February 1, 2016).

Dated: October  7 , 2015

LAW OFFICE OF JOHN J. RUEDA

By: /s/ John J. Rueda
    JOHN J. RUEDA
    Attorneys for Plaintiff/Counter-Defendant
    MONTY R. STANLEY, INDIVIDUALLY
    AND DBA NORTH WEST SURFACING

Dated: October  9 , 2015

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ Kenneth I. Schumaker
    KENNETH I. SCHUMAKER
    Attorneys for Defendant/Counter-Claimant
    BOBO CONSTRUCTION, INC., and
    Defendants FARMINGTON CASUALTY
    COMPANY and TRAVELERS CASUALTY
    AND SURETY COMPANY OF AMERICA

**IT IS SO ORDERED.**

Dated: 10/14/2015

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge