KENNETH I. SCHUMAKER, SBN 178551
SEAN C. ADAMS, SBN 280372
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall
Suite 850
Sacramento, California 95814
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: kschumaker@murphyaustin.com
Email: sadams@murphyaustin.com

Attorneys for Defendant and Counter-Claimant
BOBO CONSTRUCTION, INC. and Defendants
FARMINGTON CASUALTY COMPANY and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY R. STANLEY, individually and doing business as NORTH WEST SURFACING,<br><br>Plaintiff,<br><br>v.<br><br>BOBO CONSTRUCTION, INC., a California corporation; FARMINGTON CASUALTY COMPANY, a Connecticut corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:14-cv-00035-JAM-EFB<br><br>**SECOND STIPULATION RE DISCOVERY; ORDER THEREON** |

This Second Stipulation and Order ("Stipulation") is entered into by and among Plaintiff/Counter-Defendant MONTY R. STANLEY, individually and doing business as NORTH WEST SURFACING, Defendant/Counter-Claimant BOBO CONSTRUCTION, INC., and Defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and FARMINGTON CASUALTY COMPANY (collectively the "Parties" and individually a "Party"), by and through their counsel of record, with the intent that this Stipulation be binding on the Parties and an Order be entered by the Court.

1   **IT IS HEREBY STIPULATED** by and among all the Parties to this action that the
2   discovery cut-off, as set forth in the Court's October 14, 2015 Order, be continued/extended from
3   February 1, 2016 to March 1, 2016.

4   **IT IS FURTHER STIPULATED** that the limitation of 25 written interrogatories that
5   may be served by each Party on another Party pursuant to FRCP 33(a) be augmented to allow
6   each Party to serve 50 written interrogatories on each Party.

7   **IT IS FURTHER STIPULATED** that the above stipulations are proper and necessary
8   based on the facts of this matter to allow the Parties to complete written discovery and
9   depositions of percipient/expert witnesses.  The Parties have completed the depositions of party
10  witnesses, but will need to take 4-6 days of depositions of percipient/experts witnesses.  Due to
11  the schedules of counsel (especially counsel for Defendants/Counter-Claimant, who is scheduled
12  to take dozens of expert depositions in another matter through the middle of February, 2016 in a
13  large construction defect matter), the Parties need additional time to schedule and complete those
14  final percipient/expert depositions.  The other dates set forth in the Court's April 7, 2014 Status
15  (Pre-Trial Scheduling) Order will not be affected or changed by this Stipulation other than the
16  Joint Mid-Litigation Statement (which shall be filed no later than fourteen (14) days prior to the
17  requested extended discovery cut-off date of March 1, 2016).

18  Dated: December  28 , 2015          LAW OFFICE OF JOHN J. RUEDA

20                                      By:  /s/ John J. Rueda
                                             JOHN J. RUEDA
21                                           Attorneys for Plaintiff/Counter-Defendant
                                             MONTY R. STANLEY, individually and
22                                           dba NORTH WEST SURFACING

23  Dated: December  28 , 2015          MURPHY AUSTIN ADAMS SCHOENFELD LLP

25                                      By:  /s/ Kenneth I. Schumaker
                                             KENNETH I. SCHUMAKER
26                                           Attorneys for Defendant/Counter-Claimant
                                             BOBO CONSTRUCTION, INC., and
27                                           Defendants FARMINGTON CASUALTY
                                             COMPANY and TRAVELERS CASUALTY
                                             AND SURETY COMPANY OF AMERICA
28

- 2 -                                                                           603.022-2046910.1

SECOND STIPULATION RE DISCOVERY; ORDER THERETON

1  **IT IS SO ORDERED.**

3  Dated:  1/22/2016

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge