| | |
|---|---|
| 1<br>2<br>3<br>4 | JOHN J. RUEDA (SBN: 87669)<br>LAW OFFICE OF JOHN J. RUEDA<br>2627 CAPITOL AVENUE, NO. 5<br>SACRAMENTO, CALIFORNIA 95816<br>Telephone: (916) 451- 4059<br>Facsimile: (916) 244- 0272 |

**FILED**

JAN 2 5 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

5  Attorney for Plaintiff
6  MONTY R. STANLEY, individually
   and dba North West Surfacing

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

| | |
|---|---|
| MONTY R. STANLEY, individually and doing business as NORTH WEST SURFACING,<br><br>        Plaintiff,<br><br>vs.<br><br>BOBO CONSTRUCTION, INC., a California corporation; FARMINGTON CASUALTY COMPANY; a Connecticut Corporation and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>        Defendants. | Case No: 2:14-cv-00035-JAM-EFB<br><br>STIPULATION TO ALLOW FILING OF FOURTH AMENDED COMPLAINT; ORDER THEREON |

IT IS HEREBY STIPULATED by and between the remaining parties to this action, Plaintiff Monty R. Stanley, individually and dba North West Surfacing, and Defendants Bobo Construction, Inc., Farmington Casualty Company and Travelers Casualty and Surety Company of America, through their respective attorneys of record, (Defendant City of Elk Grove having been dismissed from this action by reason of the Court's Order, dated July 30, 2014, granting City of Elk Grove's motion to dismiss Plaintiff's Second Amended Complaint) that Plaintiff may file a Fourth Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that Defendants waive notice and service of the Fourth

Law Office Of
JOHN J. RUEDA
2627 Capitol Ave, No. 5
Sacramento, CA 95816
Tele (916) 451- 4059
Fax (916) 244- 0272

1

STIPULATION TO ALLOW FILING OF FOURTH AMENDED COMPLAINT; ORDER THEREON

1  Amended Complaint, and that said Defendants shall not be required to serve further answer or
2  responsive pleadings to the Fourth Amended Complaint, and that all denials, responses, and
3  affirmative defenses contained in the Answer filed by Defendants to the Third Amended Complaint
4  shall be responsive to the Fourth Amended Complaint.

Dated: January 22, 2016            **LAW OFFICE OF JOHN J. RUEDA**

/s/ John J. Rueda
John J. Rueda
Attorney for Plaintiff Monty R. Stanley,
individually, and dba North West Surfacing

Dated: January 22, 2016            **MURPHY AUSTIN ADAMS SCHOENFELD LLP**

By: /s/ Kenneth I. Schumaker
Kenneth I. Schumaker
Attorneys for Defendant Bobo Construction, Inc.,
Farmington Casualty Company and Travelers Casualty
and Surety Company of America

## ORDER

**IT IS SO ORDERED.**

Dated: JANUARY 25, 2016

JOHN A. MENDEZ
United States District Court Judge

Law Office Of
JOHN J. RUEDA
2627 Capitol Ave, No. 5
Sacramento, CA 95816
Tele (916) 451-4059
Fax (916) 244-0272

2

STIPULATION TO ALLOW FILING OF FOURTH AMENDED COMPLAINT; ORDER THEREON