JOHN J. RUEDA (SBN: 87669)
LAW OFFICE OF JOHN J. RUEDA
2627 CAPITOL AVENUE, NO. 5
SACRAMENTO, CALIFORNIA 95816
Telephone: (916) 451- 4059
Facsimile: (916) 244- 0272

Attorney for Plaintiff
MONTY R. STANLEY, individually
and dba North West Surfacing

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MONTY R. STANLEY, individually and doing business as NORTH WEST SURFACING,<br><br>                    Plaintiff,<br><br>vs.<br><br>BOBO CONSTRUCTION, INC., a California corporation; FARMINGTON CASUALTY COMPANY, a Connecticut corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No: 2:14-cv-00035-JAM-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION**<br><br>**Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED** by and between all remaining parties to this action, through their designated counsel, that the above-captioned action shall be and is hereby dismissed, *with prejudice,* pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), subject to the following conditions:

1. That this dismissal includes all claims and counter-claims of the parties;

2. That each party shall bear their own costs and attorneys fees;

3. That this Court shall retain jurisdiction to enforce all terms of and the parties'

Law Office Of
JOHN J. RUEDA
2627 Capitol Ave, No. 5
Sacramento, CA 95816
Tele (916) 451- 4059
Fax (916) 244- 0272

1

STIPULATION AND ORDER OF DISMISSAL OF ACTION

compliance with the Mutual Release and Settlement Agreement executed by the parties, dated March 8, 2016, a copy of which is attached hereto and hereby incorporated into and made a part of this Stipulation and Order of Dismissal of Action.

Dated: March 10, 2016             **LAW OFFICE OF JOHN J. RUEDA**

/s/ John J. Rueda
John J. Rueda
Attorney for Plaintiff/Counter-Claim Defendant,
Monty R. Stanley,
individually, and dba North West Surfacing

Dated: March 10, 2016             **MURPHY AUSTIN ADAMS SCHOENFELD LLP**

By: /s/ Kenneth I. Schumaker
Kenneth I. Schumaker
Attorneys for Defendant/Counter-Claimant, Bobo Construction, Inc.,
Farmington Casualty Company and Travelers Casualty and Surety Company of America

## **ORDER**

**IT IS SO ORDERED.**

Dated: 3/10/2016

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Law Office Of
JOHN J. RUEDA
2627 Capitol Ave, No. 5
Sacramento, CA 95816
Tele (916) 451-4059
Fax (916) 244-0272

2

STIPULATION AND ORDER OF DISMISSAL OF ACTION